# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSENBAUM & ASSOCIATES, P.C.** | : **CIVIL ACTION** |
| v. | : |
| **MORGAN & MORGAN,** *et al* | : **NO. 17-4250** |

## ORDER

**AND NOW**, this 12th day of April 2018, upon considering Defendants' partial Motion to dismiss (ECF Doc. No. 72), Plaintiff's Response (ECF Doc. No. 80) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 72) is **DENIED** as Plaintiff sufficiently pleads the Lanham Act claims challenged in Defendants' Motion subject to discovery and review on a summary judgment record.

_____
KEARNEY, J.