IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSENBAUM & ASSOCIATES, P.C.<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MORGAN & MORGAN a/k/a MORGAN & MORGAN, PA, et al.<br>　　　　　　　　　　　　　　Defendants. | Civil Action No.   2:17-cv-04250-MAK |

**JOINT MOTION FOR AN EXTENSION TO FILE AN ANSWER
TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

　　　　Defendants Morgan & Morgan a/k/a Morgan & Morgan, PA, Morgan & Morgan Global, PLLC, John B. Morgan, Scott W. Weinstein, Ultima Morgan, and Reuven Moskowitz (collectively, "Defendants") and Plaintiff Rosenbaum & Associates, P.C. ("Plaintiff"), hereby move this Court for an extension to file an Answer to Plaintiff's Second Amended Complaint as set forth in the attached Stipulation being filed herewith.

　　　　Undersigned counsel for Defendants hereby attests that: (1) the content of this Motion is acceptable to the below signatories; and (2) Plaintiff's counsel has concurred with the filing of this Motion.

|  |  |
|---|---|
|  | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| Date: April 25, 2018 |  |
|  | By: */s/ Gaetan J. Alfano*<br>　　GAETAN J. ALFANO, ESQUIRE<br>　　ERIC SOLLER, ESQUIRE<br>　　LESLIE A. MARIOTTI, ESQUIRE<br>　　BAR I.D. Nos. 32971, 65560 & 309395<br>　　1818 Market Street, Suite 3402<br>　　Philadelphia, PA 19103<br>　　(215) 320-6200<br>　　*Attorneys for Defendants* |

**MITTS LAW, LLC**

By: _/s/ Maurice R. Mitts_
    MAURICE R. MITTS, ESQUIRE
    GERARD M. MCCABE, ESQUIRE
    GEOFFREY PAUL HULING, ESQUIRE
    JENNIFER M. ADAMS, ESQUIRE
    BAR I.D. Nos. 50297, 66564, 75800 and 319377
    1822 Spruce Street
    Philadelphia, PA 19103
    (215) 866-0110
    _Attorneys for Plaintiff_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSENBAUM & ASSOCIATES, P.C.<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN & MORGAN a/k/a MORGAN & MORGAN, PA, et al.<br><br>　　　　　　　　　　　　　Defendants. | Civil Action No.  2:17-cv-04250-MAK |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

The parties hereby stipulate and agree, subject to the approval of the Court under Fed. R. Civ. P. 6(b)(1)(A), that the time for Defendants Morgan & Morgan, PA, John B. Morgan, Scott W. Weinstein, Ultima Morgan, Morgan & Morgan Global, PLLC and Reuven Moskowitz to file an Answer to Plaintiff's Second Amended Complaint is extended seven (7) days through and including May 3, 2018. This extension will not affect any deadlines for dispositive motions or the trial date.

| | |
|---|---|
| /s/ Maurice R. Mitts<br>Maurice R. Mitts, Esquire<br>Gerard M. McCabe, Esquire<br>Mitts Law, LLC<br>1822 Spruce Street<br>Philadelphia, PA 19103<br><br>Counsel for Plaintiff, Rosenbaum &<br>Associates, P.C. | /s/ Gaetan J. Alfano<br>Gaetan J. Alfano, Esquire<br>Leslie A. Mariotti, Esquire<br>Pietragallo Gordon Alfano Bosick<br>　& Raspanti, LLP<br>1818 Market Street, Suite 3402<br>Philadelphia, PA  19103<br><br>Counsel for Defendants,<br>Morgan & Morgan, et al. |

　　　　　　　　　　　　　　　　　　　　　　　　　**APPROVED:**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON.  MARK A. KEARNEY