IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSENBAUM & ASSOCIATES, P.C., *et al* | : | CIVIL ACTION |
| v. | : | NO. 17-4250 |
| MORGAN & MORGAN, *et al* | : | |

### ORDER

AND NOW, this 4th day of May 2018, upon considering the attached stipulation, it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under agreement of counsel and Local Rule of Civil Procedure 41.1(b); and,

2. The Clerk of Court shall mark this matter **CLOSED.**

*[signature]*
KEARNEY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSENBAUM & ASSOCIATES, P.C., | |
| Plaintiff, | Civil Action No.  2:17-cv-04250-MAK |
| v. | |
| MORGAN & MORGAN a/k/a MORGAN & MORGAN, PA *et al.*, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL

Pursuant to Local Rule of Civil Procedure 41.1(b), the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted

_____
Maurice R. Mitts, Esquire
Gerard M. McCabe, Esquire
**Mitts Law, LLC**
1822 Spruce Street
Philadelphia, PA 19103

**Counsel for Plaintiff Rosenbaum & Associates, P.C.**

_____
Gaetan J. Alfano, Esquire
Leslie A. Mariotti, Esquire
**Pietragallo Gordon Alfano Bosick
 & Raspanti, LLP**
1818 Market Street, Suite 3402
Philadelphia, PA  19103

**Counsel for Defendants
Morgan & Morgan, *et al.***


**SO ORDERED:**


_____
**KEARNEY, J.**

Dated: